IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY ARCE,

      Plaintiff,

v.                                      No. CV 14-0919 LAM/CEG

TESCO CORPORATION and
Six JOHN/JANE DOES,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO FILE AMENDED ANSWER

**THIS MATTER** is before the Court on Defendant Tesco Corporation's unopposed motion for leave to file an amended answer [*Doc. 25*], filed February 19, 2015. In the motion, Defendant Tesco Corporation asks to amend its original answer to add an additional affirmative defense of offset. *Id.* at 2. Defendant Tesco Corporation states that it already has filed the amended answer. *See* [*Doc. 21*], filed February 11, 2015. Having considered the motion, relevant law, and record of this case, the Court **FINDS** that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Tesco Corporation's unopposed motion for leave to file an amended answer [*Doc. 25*] is **GRANTED** *nunc pro tunc* to February 11, 2015, the date the amended answer was filed.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**