# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ANTHONY ARCE,

       Plaintiff,

v.                                     No. CIV-14-919 LAM/CG

TESCO CORP., et al.,

       Defendants.

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the request of counsel for entry of an order of dismissal with prejudice. Counsel for the parties represent to the Court by their respective signatures hereto that Plaintiff ANTHONY ARCE ("Plaintiff") has completely settled and released all of his claims and causes of action asserted in the above captioned cause against Defendant TESCO Corporation (US) and six John/Jane Does ("Defendants").

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

(a)     Any and all claims and causes of action of Plaintiff asserted in this cause against Defendants are hereby dismissed with prejudice;

(b)     Costs of court are taxed to the party incurring the same; and

(c)     This Agreed Order is final and disposes of all claims and all parties.

**IT IS SO ORDERED.**

_Lourdes a. Martínez_

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

**AGREED, APPROVED AND ENTRY REQUESTED:** (*Prior to modification by the Court*)


Glen L. Houston, Esq.
ATTORNEY AT LAW

By:  /s/ Glen L. Houston (08-21-15)
Glen Houston

1304 W. Broadway Place
Hobbs, NM 88240
glen@ghouston.com

ATTORNEY FOR PLAINTIFF
ANTHONY ARCE


MULLIN HOARD & BROWN, L.L.P.

By: */s/ Alysia Córdova*
Alysia Córdova

Alysia Córdova, New Mexico Bar No. 143974;
Federal Bar. No. 12-61
500 South Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086
acordova@mhba.com

ATTORNEY FOR DEFENDANT
TESCO CORPORATION (US)